# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CITY OF PONTIAC,

    Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN, et al.,

    Defendants.

_____/

Case No. 11-10276

HONORABLE DENISE PAGE HOOD

## JUDGMENT

This matter having come before the Court and pursuant to the Orders dismissing the matter entered this date, accordingly,

Judgment is entered in favor of Defendants and against Plaintiff.

DAVID J. WEAVER
CLERK OF COURT

Approved:

By: s/LaShawn Saulsberry
    Deputy Clerk

*s/Denise Page Hood*
DENISE PAGE HOOD
United States District Judge

DATED: March 30, 2012

Detroit, Michigan